# United States Bankruptcy Court
## District of Nevada

In re  **DEMETRIUS E FINISTER**
**DARELYN E FINISTER**
Debtor(s)

Case No.  **09-34357**
Chapter  **7**

## Notice of Change of Address

Debtor's Social Security Number:  **xxx-xx-7570**

Joint Debtor's Social Security Number:  **xxx-xx-3729**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  **DEMETRIUS E FINISTER and DARELYN E FINISTER**

Street:  **643 CHERVIL VALLEY DR.**

City, State and Zip:  **Las Vegas, NV 89138**

Telephone #:

**Please be advised that effective  FEBRUARY 8, 20 10  ,
my (our) new mailing address and telephone number is:**

Name:  **DEMETRIUS E FINISTER and DARELYN E FINISTER**

Street:  **9050 W. TROPICANA #1164**

City, State and Zip:  **LAS VEGAS, NV 89147**

Telephone #:

/s/ **DEMETRIUS E FINISTER**
**DEMETRIUS E FINISTER**
Debtor

/s/ **DARELYN E FINISTER**
**DARELYN E FINISTER**
Joint Debtor